IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JANE DOES 1-5<br><br>Plaintiffs,<br><br>vs.<br><br>CARROLL COLLEGE,<br><br>Defendant. | CV-20-13-H-CCL<br><br><br>Order |

Before the Court is Plaintiffs' motion for admission *pro hac vice* of Michael T. Wise. (Doc. 6). The Court has reviewed the affidavit provided my Mr. Wise in support of the motion (Doc. 6-1) and finds it deficient in two respects. Firstly, the affidavit states that Mr. Wise "will pay simultaneously with the filing of this motion the admission fee in the amount of $495.00 as required by this court." (Doc. 6-1 at 1, ¶ 3). The fee required by this Court is only $255, and that appears to be the fee paid when the motion was filed. In listing the courts in which he has been admitted to practice, Mr. Wise lists "US District Court" without referencing which District Court. (Doc. 61-1 at 2, ¶ 5).

"Leave to appear *pro hac vice* is granted or denied solely at the discretion of the presiding judge." L.R. 83.1(d)(4). The defects in Mr. Wise's affidavit may be simple clerical errors, but they must be corrected before Plaintiffs' (not unopposed) motion can be granted. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' motion for admission *pro hac vice* of Michael T. Wise (Doc. 6) is DENIED with leave to re-file.

Dated this 30th day of March, 2020.

                                                  CHARLES C. LOVELL
                                     SENIOR UNITED STATES DISTRICT JUDGE